JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACCARO,<br><br>           Plaintiff,<br><br>     v.<br><br>WESTSIDE INVESTMENTS dba<br>MARINA DEL REY TOYOTA, et al.,<br><br>           Defendants. | Case No. 2:22-cv-04656-FLA (PDx)<br><br>**ORDER DISMISSING ACTION**<br>**[DKT. 14]** |

On October 28, 2022, Plaintiff Dave Vaccaro ("Plaintiff") filed a Notice of Resolution, stating the parties had reached a tentative resolution of their differences and disputes, and anticipated filing a notice of voluntary dismissal within sixty (60) days.  Dkt. 13.

On October 31, 2022, the court Ordered the parties to file within sixty (60) days a further joint status report regarding the status of the settlement or a notice of voluntary dismissal.  Dkt. 14.  The parties have not filed a further joint status report as of the date of this Order.  Accordingly, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.  The court retains jurisdiction to vacate this Order and to reopen the action within 60 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.
3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court.  Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: January 3, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge